# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID CLIETT, | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 17-4600 |
| CORRECTIONAL OFFICER HUGHES, | : | |
| et al., | : | |
| Defendants. | : | |

## **ORDER**

This 16th day of March, 2020, it is hereby **ORDERED** that Defendant's Motion for Summary Judgement (ECF No. 21) is **GRANTED.** Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is requested to mark this case closed.

      /s/ Gerald Austin McHugh
United States District Judge